UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BONNIE ANDERSON,

                Plaintiff,

                                                                                                  No. 1:09-CV-00094

         v.                                                                                           (FJS/VEB)

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

---

APPEARANCES:                                     OF COUNSEL:

<u>For the Plaintiff</u>

Tobin, Dempf Law Firm                   Robert C. Demf, Esq.
33 Elk Street
Albany, NY  12207

<u>For the Defendant</u>

Social Security Administration           Ellen E. Sovern, Esq.
Office of regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY  10278

**FREDERICK J. SCULLIN, JR., S.J.:**

## DECISION AND ORDER

      The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed May 20, 2010 and the Court having reviewed the

Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, the Court hereby

    **ORDERS** that the Report-Recommendation of Magistrate Judge Victor E. Bianchini filed May 20, 2010 is **ACCEPTED** in its entirety for the reasons stated therein; and the Court further

    **ORDERS** that the Commissioner's decision denying disability benefits is **REMANDED** to the Commissioner for further proceedings consistent with the Report-Recommendation.

**IT IS SO ORDERED.**

Dated:  June 15, 2010
         Syracuse, New York

                                              _____
                                              Frederick J. Scullin, Jr.
                                              Senior United States District Court Judge